IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02113-OES

KARL ALAN HOUSE OF SCHOENWALDER, EX REL USA,

Plaintiff,

v.

ANDRES VALENZUELA,
JOSEPH BURN, III,
MICHAEL ACREE,
MARK V. TROSTEL,
BILL OWENS, and
OTHER UNKNOWN NAMED MALE AND FEMALE INDIVIDUALS 1-100, et al.,

Defendants.

## ORDER OVERRULING OBJECTION

On November 2, 2005, Plaintiff Karl Alan House of Schoenwalder submitted *pro se* and the Court received a document titled "Order to Strike for Impertinance Memorandum Notations." Mr. Schoenwalder objects to Magistrate Judge O. Edward Schlatter's October 24, 2005, order directing Mr. Schoenwalder to cure certain designated deficiencies in the action if he wishes to pursue his claims. The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A) (Supp. 2005). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. After reviewing the entire file, the Court concludes that Magistrate Judge Schlatter's October 24, 2005,

order directing Mr. Schoenwalder to cure certain designated deficiencies is not clearly erroneous or contrary to law. Accordingly, it is

ORDERED that document titled "Order to Strike for Impertinance Memorandum Notations" that Applicant submitted *pro se* and the Court received on November 2, 2005, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED that Applicant has **thirty (30) days from the date of this order** to cure the designated deficiencies as directed in the October 24, 2005, order if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that the clerk of the Court file the document titled "Order to Strike for Impertinance Memorandum Notations," and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), as of November 2, 2005.

DATED at Denver, Colorado, this 14 day of Nov., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02113-OES

Karl Alan Schoenwalder
c/o Woodland Park US Post Office
General Delivery
Woodland Park, CO 80863

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11-16-05

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk